**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**JEROME A. HALE,**

        Petitioner,        **CASE NUMBER: 07-12397
HONORABLE VICTORIA A. ROBERTS**

**v.**

**BARRY D. DAVIS,**

        Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On November 9, 2009, Magistrate Judge Paul J. Komives submitted a Report and Recommendation (Doc. #17) recommending that the Court DENY Petitioner's application for the writ of habeas corpus. (Doc. #1). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(2), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

Petitioner's application for the writ of habeas corpus is **DENIED**.

**IT IS ORDERED**.

                                                s/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated:  December 3, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record and Jerome Hale by electronic means or U.S. Mail on December 3, 2009.

s/Linda Vertriest
Deputy Clerk